IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SALAAM JOHNSON,

                                                  ORDER

                Plaintiff,

                                              10-cv-316-slc[1]

      v.

BOARD OF SUPERVISORS LEGISLATIVE
PERSONNEL OF GRANT COUNTY,
BOSCOBEL, WISCONSIN; RICK RAEMISCH;
PETER HUIBREGTSE (Warden);
LIEUTENANT PRIMMER;
LIEUTENANT HANFELD; ELLEN K. RAY (ICE);
GARY BOUGHTON (Deputy Warden/ICE);
TOM GOZINSKE (CCE); ISMAEL OZANNE (OOS);
and GRANT COUNTY BOARD OF SUPERVISORS;

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff filed this lawsuit on June 11, 2010, alleging violations of his constitutional rights under 42 U.S.C. § 1983. He has made an initial partial payment of the $350 filing fee and his complaint has been taken under advisement for screening under 28 U.S.C. § 1915(e)(2). However, on July 14, 2010, plaintiff filed a request for the return

---

[1] I am assuming jurisdiction over this case for the purpose of issuing this order.

of a copy of his complaint so that he may perform a "page-by-page inspection to confirm the author's authentication . . . ." Dkt. #7. From his request, it appears plaintiff is concerned about "possible fraud" by an individual who drafted his complaint.

I will grant plaintiff's request and return a copy of his complaint to him with his copy of this order so that he may review the document to determine whether it is the document he intended to file. Because the court has not yet screened plaintiff's complaint, he is free to replace it with an amended complaint as a matter of course. If plaintiff chooses to file an amended complaint, he will have two weeks in which to do so. However, whether plaintiff chooses to file an amended complaint or rely on the complaint currently on file with the court, plaintiff should respond to this order in writing no later than August 3, 2010.

ORDER

IT IS ORDERED that plaintiff Salaam Johnson may have until August 3, 2010, in which to file either an amended complaint or a letter stating that he will rely on the complaint currently on file with the court. If, by August 3, 2010, plaintiff fails to respond to this order or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without

prejudice to plaintiff's filing his case at a later date.

Entered this 20th day of July, 2010.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge

4

Case: 3:10-cv-00316-slc Document #: 8 Filed: 07/20/10 Page 4 of 4