IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SALAAM JOHNSON,

    Plaintiff,

v.

BOARD OF SUPERVISORS LEGISLATIVE
PERSONNEL OF GRANT COUNTY,
BOSCOBEL, WISCONSIN;
RICK RAEMISCH; PETER HUIBREGTSE;
LIEUTENANT PRIMMER;
LIEUTENANT HANFELD; ELLEN K. RAY;
GARY BOUGHTON; TOM GOZINSKE;
ISMAEL OZANNE and GRANT COUNTY
BOARD OF SUPERVISORS;

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-316-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing plaintiff's claims against Board of Supervisors Legislative Personnel of Grant County, Boscobel, Wisconsin, Rick Raemisch, Peter Huibregste, Tom Gozinske, Ismael Ozanne and Grant County Board of Supervisors with prejudice for plaintiff's failure to state a claim upon which relief may be granted; and

(2) granting summary judgment in favor of Lieutenant Primmer, Lieutenant Hanfeld, Ellen K. Ray and Gary Boughton and dismissing this case.

_Peter Oppeneer_                      8/10/2011
Peter Oppeneer, Clerk of Court             Date